734

*City Trust & Savings Bank* (1964), 31 Ill.2d 587, 591, 202 N.E.2d 470, the court stated:

"We hold that an instrument creating a joint account under the statutes presumably speaks the whole truth; and, in order to go behind the terms of the agreement, the one claiming adversely thereto has the burden of establishing by clear and convincing evidence that a gift was not intended. This burden does not shift to the party claiming under the agreement."

No evidence was introduced about the circumstances relating to the Trahey-Fitzpatrick account except the card bearing their signatures which provided that it was a joint account payable upon death to the survivor. The petitioner argues that the presumption of donative intent created by the presentation of that card was not overcome. The presumption of donative intent is completely overcome if the donor was incompetent at the time of the alleged gift. This, in effect, was the decision of the trial judge who cited the *Murgic* case in his memorandum opinion. ■■ In finding that the evidence was clear and convincing that Mrs. Trahey was mentally incompetent to open the account in December 1970, the court could have taken into consideration, in addition to the testimony we have outlined, her signature on the account card. It is so illegible that a meaningful reproduction in this opinion is impossible. The signature, when contrasted to the one on the 1960 account card, is graphic evidence of her physical deterioration.

The judgment of the circuit court is affirmed.

Affirmed.

McGLOON, P. J., and McNAMARA, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL WILLIAMS *et al.*, Defendants-Appellants.

(No. 59646; ▮▮▮▮▮▮▮▮▮

First District (3rd Division)—January 23, 1975.

Opinion by Mr. JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, and Paula R. Cozzi, Law Student, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* FRANK RAGUSCA *et al.*, Defendants-Appellees.

(Nos. 60396 to 60408 incl. cons.;

First District (3rd Division)—January 23, 1975.